IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:16-CR-00325 |
| | : | |
| | : | Magistrate Judge Carlson |
| vs. | : | Judge Yvette Kane |
| | : | |
| THOMAS P. KEIGHTLY, | : | |
| | : | |
| Defendant | : | |

PLEA

AND NOW, this 22nd day of November, 2016 the above-captioned defendant hereby pleads _guilty_ to the within Felony Information.

_____
Defendant(s)

_____
Counsel for Defendant